UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
SARAH FRAGA, individually and       )
 on behalf of others similarly      )
 situated,                          )
                                    )
                    Plaintiffs,     )
            v.                      )   CIVIL ACTION
                                    )   NO. 21-10751-WGY
PREMIUM RETAIL SERVICES, INC.,      )
                                    )
                    Defendant.      )
                                    )
_____
```

YOUNG, D.J.                                         February 24, 2022

**ORDER**

Defendant Premium Retail Services, Inc.'s ("Premium") motion to compel arbitration, Mot. Compel Arbitration & Dismiss Compl., ECF No. 7, is DENIED without prejudice to its renewal should Plaintiff Sarah Fraga ("Fraga") fail to establish she is a member of a class under Section 1 of the Federal Arbitration Act.[1]

Fraga's motion to a certify a class, Pl.'s Mot. Conditional Certification, ECF No. 12, is similarly DENIED without prejudice to its renewal should Fraga demonstrate, prima facie, that she

---

[1] Premium's motion to dismiss, Mot. Compel Arbitration & Dismiss Compl., ECF No. 7, was denied pursuant to this Court's January 31, 2022, Memorandum & Order, See Mem. & Order 32, ECF No. 47.

[1]

is a member of a class under Section 1 of the Federal Arbitration Act.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE

[2]