# United States Court of Appeals
## For the First Circuit

---

No. 22-1101

SARA FRAGA, individually and on behalf
of all persons similarly situated,

Plaintiff, Appellee,

v.

PREMIUM RETAIL SERVICES, INC.,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 3, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged, and decreed as follows:  The district court's order is vacated to the extent it is inconsistent with the opinion issued this day, and the matter is remanded for further proceedings consistent with that opinion.  No costs are awarded to any party.


By the Court:

Maria R. Hamilton, Clerk


cc:  Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Shanon Jude Carson, Jason Mathew Leviton, Joshua P. Davis, Alexandra K. Piazza, Camille Fundora Rodriguez, Jonathan A. Keselenko, James Samuel Fullmer